AO 93 (Rev. 5/85) Search Warrant

**ORIGINAL**

# United States District Court

DISTRICT OF **DELAWARE**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

▬▬▬▬▬▬▬▬▬
Dover, Delaware 19901,
described more particularly
on Attachment A

**SEALED**
UNSEALED
2/12/08 KJL

## SEARCH WARRANT

CASE NUMBER: 08- 20-M

TO: Special Agent David B. Yeary   and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent David B. Yeary , who has reason to
                                              Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

in the _____ District of  Delaware  there is now
concealed a certain person or property, namely (describe the person or property)
described in Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  February 8, 2008
                                                       Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____
                                                                            U.S Judge or Magistrate
as required by law.

February 5, 2008 @ 3:15 p.m.            at   Wilmington, Delaware
Date and Time Issued                          City and State

Honorable Leonard P. Stark                   _____
United States Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-5-08 | 2-6-08  1030 hrs | Jonathan Amato |

INVENTORY MADE IN THE PRESENCE OF
Jonathan Amato

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____     _____
U.S. Judge or Magistrate                    Date

ORIGINAL



**Department of Homeland Security**
Immigration and Customs Enforcement

Case Number: WM07QR07WM0a

| Agent's Initials | Location of Item | Description of Item |
|---|---|---|
| DB | Dover, DE | Toshiba Laptop SN# 47427202X |
| | " " | HP Laptop SN# CNF5221J8Q |
| | " " | Averatel Laptop SN# NA0Scu040485025 |
| | " " | Compaq Desktop SN# mx24036890 |
| | " " | Nylon Laptop Bag |
| | " " | IPOD 4GB SN# 69241599DY0P |
| | " " | PNY 256MB Thumb Drive |
| | " " | 3½ Floppy Disk (1) |
| | " " | (1) CD-R |
| | " " | (1) DVD+R |
| DB | Dover DE | Misc Documents |

Items seized on 2-6-08

## ATTACHMENT A:

## DESCRIPTION OF LOCATION TO BE SEARCHED

The residence located at:



Dover, Delaware 19901

███████████ is an end unit three-story town home. The numbers '███' are located on a post on the left hand side of the front door of the residence, this post supports a small roof over the front door. The front of the residence has two windows in the basement, a bay window on the 1st floor with a red front door, e 2nd floor has three windows with red shutters and the roof has on the front of the residence. On the side of the house the 1st floor has one bay window and one small window with red shutters, the 2nd floor has two windows with red shutters. The roof has two dormers facing the front of the house on ███████████. The back of the town house has a back door that opens onto a wooden deck with steps leading to the ground. The exterior of the Town House is tan vinyl siding, with the basement exterior being concrete on the side and brick in the front.

## ATTACHMENT B:

## DESCRIPTION OF ITEMS TO BE SEARCHED FOR AND SEIZED

The following is a description of the items evidencing violations of Title 18, United States Code, Sections 2252 and 2252A to be searched for and seized, pursuant to the attached search warrant. The seizure and search of computers and computer media will be conducted in accordance with the process described in the affidavit submitted in support of this warrant:

a. images of child pornography, files containing images of child pornography in any form, and records or materials relating to such images, including the images discussed in this affidavit, wherever they may be stored or found, including, but not limited to:

    i.      any computer, computer system and related peripherals; tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer-related operation equipment, digital cameras, scanners, computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), any electronic data storage devices (including, but not limited to hardware, software, diskettes, backup tapes, CD-ROMS, DVD, Flash memory devices, and other storage mediums), any input/output peripheral devices (including but not limited to passwords, data security devices and related documentation), and any

hardware/software manuals related to or used to visually depict child pornography, to contain information pertaining to the interest in child pornography; and/or to distribute, receive, or possess child pornography, as well as information pertaining to an interest in child pornography;

ii. books and magazines containing visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

iii. originals, copies, and negatives of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

iv. motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

b. information or correspondence pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, that were transmitted or received using computer, some other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

i. envelopes, letters, and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

ii. books, ledgers, and records bearing on the production, reproduction, receipt, shipment, orders, requests, trades, purchases, or transactions of any kind involving the

transmission through interstate or foreign commerce including by United States mail or by computer of any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

c. credit card information, including but not limited to bills and payment records, such as records relating to the purchases discussed in this affidavit;

d. records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence; and

e. records or other items which evidence ownership or use of computer equipment or activity found in the above residence, including, but not limited to, sales receipts, bills or records regarding procurement of Internet access, records regarding accounts held with ISPs and handwritten notes.